KARINEH KHACHATOURIAN (SBN: 202634)
kkhachatourian@gordonrees.com
JEFFREY M. RATINOFF (SBN: 197241)
jratinoff@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys For: Defendant
SAVVIS COMMUNICATIONS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ULRICH BERT, Bankruptcy Trustee for KPNQwest Germany GmbH, a German corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAVVIS COMMUNICATIONS CORPORATION and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. C-06-01735-SC<br><br>**SECOND STIPULATION EXTENDING TIME FOR DEFENDANT SAVVIS COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: March 7, 2006 |

WHEREAS, Plaintiff Ulrich Bert, Bankruptcy Trustee for KPNQwest Germany GmbH, a German corporation ("KPN") filed a complaint for breach of contract in the Superior Court of the State of California, County of San Francisco, on or about December 30, 2005;

WHEREAS, KPN personally served SAVVIS Communications Corporation ("SAVVIS") on or about February 6, 2006;

WHEREAS, SAVVIS filed a Notice of Removal on March 7, 2006;

WHEREAS, SAVVIS' response to KPN's complaint is presently due on April 14, 2006 by previous stipulation;

WHEREAS, SAVVIS and KPN have agreed that SAVVIS may have an additional

-1-
SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. C-06-01735-SC

1 | 14-day extension of time to respond to the complaint as the parties need more time to investigate
2 | whether SAVVIS is the proper defendant in this action and for the parties to explore an early
3 | resolution of the dispute;
4 |     WHEREAS Civil L.R. 6.1(a) provides that the response date to a complaint may be
5 | extended by written stipulation without Court order provided the change will not alter the date of
6 | any event or deadline already affixed by the Court; and
7 |     WHEREAS, extending the deadline for SAVVIS to respond to the complaint will not
8 | have an adverse affect on the schedule of this case.
9 |     IT IS HEREBY STIPULATED by and between the parties hereto through their counsel
10 | of record that SAVVIS' time to respond to the complaint is extended to and including April 28,
11 | 2006. Following execution of this Stipulation, SAVVIS shall promptly file it with the Court
12 | pursuant to Civil L.R. 5.

Dated: April 11, 2006

GORDON & REES LLP

By: _____
Karineh Khachatourian
Attorneys For Defendant
SAVVIS COMMUNICATIONS
CORPORATION

Dated: April 11, 2006

BAKER & MCKENZIE

By: _____
Christopher Van Gundy
Attorneys For Plaintiff
ULRICH BERT, Bankruptcy Trustee for
KPNQwest Germany GmbH, a German
corporation



IT IS SO ORDERED
Judge Samuel Conti
4/24/06
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
Case No C-06-01735-SC

*Gordon & Rees LLP, Embarcadero Center West, 275 Battery Street, Suite 2000, San Francisco, CA 94111*