Bruce H. Jackson (State Bar No. 98118)
  bruce.h.jackson@bakernet.com
Christopher Van Gundy (State Bar No. 152359)
  christopher.vangundy@bakernet.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 24th Floor
San Francisco, CA  94111-3909
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

Attorneys for Plaintiff
ULRICH BERT, Bankruptcy Trustee for
KPNQwest Germany GmbH, a German corporation


KARINEH KHACHATOURIAN (State Bar No. 202634)
  kkhachatourian@gordonrees.com
JEFFREY M. RATINOFF (State Bar No. 197241)
  jratinoff@gordonrees.com
**GORDON & REES LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  +1 415 986 5900
Facsimile:   +1 415 986 8054

Attorneys For Defendant
SAVVIS COMMUNICATIONS CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ULRICH BERT, Bankruptcy Trustee for KPNQwest Germany GmbH, a German corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAVVIS COMMUNICATIONS CORPORATION and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No.  C-06-01735-SC <br><br> Complaint Filed: March 7, 2006 <br><br> **THIRD STIPULATION EXTENDING TIME FOR DEFENDANT SAVVIS COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **[FILED VIA E-FILING]** |

Baker & McKenzie LLP
Two Embarcadero Center
24th Floor
San Francisco, CA  94111
+1 415 576 3000

Case No C-06-01735-SC
THIRD STIP. EXTENDING TIME FOR DEFENDANT SAVVIS COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT
SFODMS/6483517.1

1   WHEREAS, Plaintiff Ulrich Bert, Bankruptcy Trustee for KPNQwest Germany GmbH, a

2   German corporation ("KPN") filed the Complaint for breach of contract and related causes of action

3   in the Superior Court of the State of California, County of San Francisco, on or about December 30,

4   2005;

5   WHEREAS, KPN personally served Savvis Communications Corporation ("Savvis") on or

6   about February 6, 2006;

7   WHEREAS, Savvis filed a Notice of Removal on March 7, 2006;

8   WHEREAS, Savvis' response to KPN's complaint is presently due on April 28, 2006 by

9   previous stipulation;

10   WHEREAS, Savvis and KPN (collectively, "the Parties") have proceeded with all due

11   diligence in attempting to resolve this dispute between them fully and finally, including the

12   exchange and review of pertinent documents and discussion of settlement per multiple telephone

13   conferences within the past two weeks;

14   WHEREAS, the Parties have agreed that Savvis may have an additional 14-day extension of

15   time to respond to the Complaint as the Parties need more time to investigate whether Savvis is the

16   proper defendant in this action and for the Parties to explore an early resolution of the dispute;

17   WHEREAS, the additional time is necessary in order to locate and review additional

18   documents as part of the ongoing settlement discussions;

19   WHEREAS Civil L.R. 6.1(a) provides that the response date to a complaint may be extended

20   by written stipulation without Court order provided the change will not alter the date of any event or

21   deadline already affixed by the Court; and

22   WHEREAS, extending the deadline for Savvis to respond to the complaint will not have an

23   adverse affect on the schedule of this case.

24   ///

25   ///

26   ///

27   ///

28   ///

Baker & McKenzie LLP
Two Embarcadero Center
24th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No C-06-01735-SC
THIRD STIP. EXTENDING TIME FOR DEFENDANT SAVVIS COMMUNICATIONS TO RESPOND <u>TO PLAINTIFF'S COMPLAINT</u>
SFODMS/6483517.1

IT IS HEREBY STIPULATED by and between the Parties hereto through their counsel of record that Savvis' time to respond to the complaint is extended to and including May 12, 2006. Following execution of this Stipulation, Savvis shall promptly file it with the Court pursuant to Civil L.R. 5.

Dated:  April 27, 2006

**BAKER & McKENZIE LLP**
Bruce H. Jackson
Christopher Van Gundy

By: _____
    Christopher Van Gundy
    Attorneys for Plaintiff
    ULRICH BERT, Bankruptcy Trustee for
    KPNQwest Germany GmbH, a German
    corporation

Dated:  April 27, 2006

**GORDON & REES LLP**
Karineh Khachatourian
Jeffrey M. Ratinoff

By: _____
    Karineh Khachatourian
    Attorneys For Defendant
    SAVVIS COMMUNICATIONS
    CORPORATION

Baker & McKenzie LLP
San Francisco

2

Case No C-06-01735-SC
THIRD STIP. EXTENDING TIME FOR DEFENDANT SAVVIS COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT
SFODMS/6483517.1

IT IS HEREBY STIPULATED by and between the Parties hereto through their counsel of record that Savvis' time to respond to the complaint is extended to and including May 12, 2006. Following execution of this Stipulation, Savvis shall promptly file it with the Court pursuant to Civil L.R. 5.

Dated:  April 27, 2006

**BAKER & McKENZIE LLP**
Bruce H. Jackson
Christopher Van Gundy

By: _____
        Christopher Van Gundy
Attorneys for Plaintiff
ULRICH BERT, Bankruptcy Trustee for
KPNQwest Germany GmbH, a German
corporation

Dated:  April 27, 2006

**GORDON & REES LLP**
Karineh Khachatourian
Jeffrey M. Ratinoff

By: _____
        Karineh Khachatourian
Attorneys For Defendant
SAVVIS COMMUNICATIONS
CORPORATION

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Baker & McKenzie LLP
San Francisco

Case No C-06-01735-SC
THIRD STIP. EXTENDING TIME FOR DEFENDANT SAVVIS COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT
SFODMS/6483517.1