Bruce H. Jackson (State Bar No. 98118)
  bruce.h.jackson@bakernet.com
Christopher Van Gundy (State Bar No. 152359)
  christopher.vangundy@bakernet.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 24th Floor
San Francisco, CA 94111-3909
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

Attorneys for Plaintiff
ULRICH BERT, Bankruptcy Trustee for
KPNQwest Germany GmbH, a German corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ULRICH BERT, Bankruptcy Trustee for KPNQwest Germany GmbH, a German corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAVVIS COMMUNICATIONS CORPORATION and DOES 1 through 10, inclusive,<br><br>Defendant. | **Case No. C-06-01735-SC**<br><br>Complaint Filed: March 7, 2006<br><br>**VOLUNTARY DISMISSAL OF <br>ACTION [FED.R.CIV.P. 41(a)(1)]**<br><br>[FILED VIA E-FILING]<br><br>ORDER |

SFODMS/6492059.1

Case No C-06-01735-SC
VOLUNTARY DISMISSAL OF ACTION (RULE 41(a)(1))

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1),
2  Plaintiff Ulrich Bert, Bankruptcy Trustee for KPNQwest Germany GmbH, hereby voluntarily
3  dismisses its Complaint against Defendants Savvis Communications Corporation and Does 1
4  through 10, without prejudice. This action is therefore dismissed in its entirety, with all parties to
5  bear their own costs.

7  Dated: June 12, 2006

       BAKER & McKENZIE LLP
       Bruce H. Jackson
       Christopher Van Gundy

       By: _____
           Christopher Van Gundy
       Attorneys for Plaintiff
       ULRICH BERT, Bankruptcy Trustee for
       KPNQwest Germany GmbH, a German
       corporation



IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Baker & McKenzie LLP
Two Embarcadero Center
24th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6492059.1

Case No C-06-01735-SC
VOLUNTARY DISMISSAL OF ACTION (RULE 41(a)(1))